1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

N.A., by and through his Guardian
BRUCE ALLS, et al.        ,

    Plaintiff(s),

    v.

NINTENDO OF AMERICA, INC.,

    Defendant(s).

Case No. 4:23-CV-02424-DMR

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, Robert K. Shelquist , an active member in good standing of the bar of

Minnesota , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Plaintiff N.A. in the

above-entitled action. My local co-counsel in this case is Christian Schreiber , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California. Local co-counsel's bar number is: 245597 .

Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
MY ADDRESS OF RECORD

Olivier & Schreiber LLP
475 14th Street, #250
Oakland, CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

612-339-6900
MY TELEPHONE # OF RECORD

415-484-0161
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

rkshelquist@locklaw.com
MY EMAIL ADDRESS OF RECORD

christian@os-legal.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 21310X .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months

preceding this application.

United States District Court
Northern District of California

1     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3 Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: __May 30, 2023__        s/ Robert K. Shelquist
                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of __Robert K. Shelquist__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __MAY 3 1 2023__

_____
UNITED STATES MAGISTRATE JUDGE

Updated 11/2021           2



# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

ROBERT KINNEY SHELQUIST

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 26, 1990

Given under my hand and seal of this court on

July 05, 2022

Emily J. Eschweiler, Director
Office of Lawyer Registration