**PERKINS COIE LLP**
Susan D. Fahringer, CA Bar No. 162978
SFahringer@perkinscoie.com
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Eric J. Weiss, *pro hac vice*
EWeiss@perkinscoie.com
Mallory Gitt Webster, *pro hac vice*
MWebster@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Kim Y. Ng, Bar No. 335222
KNg@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

*Attorneys for Defendant
Nintendo of America Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| N.A., by and through his Guardian BRUCE ALLS, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA INC.,<br><br>Defendant. | Case No. 4:23-cv-02424-DMR<br><br>**ORDER GRANTING STIPULATION TO SEQUENCE BRIEFING**<br><br>Date:    June 30, 2023<br>Judge:  Chief Magistrate Judge<br>          Donna M. Ryu |

This matter comes before the Court on the Parties' Stipulation to Sequence Briefing filed on June 30, 2023. The Court, having thoroughly considered the Stipulation, the applicable law, and the relevant portions of the record, GRANTS the Stipulation for the reasons stated therein.

Nintendo of America Inc. may file a motion to compel arbitration or transfer venue no later than July 24, 2023. If the action is not compelled to arbitration or transferred, Nintendo of America

-2-

Inc. may file a motion to dismiss under Federal Rule of Civil Procedure 12(b) or otherwise respond to Plaintiff N.A.'s Complaint no later than 30 days after the arbitration issue is fully resolved, including after any interlocutory appeal of an order denying the motion to compel arbitration.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 3, 2023

By: _____
Donna M. Ryu
Chief Magistrate Judge

IT IS SO ORDERED
Judge Donna M. Ryu

Presented by:

Dated: June 30, 2023

**MCGUIRE LAW, P.C.**
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
**OLIVIER & SCHREIBER LLP**

By: *s/ Robert K. Shelquist (with permission)*
    Eugene Y. Turin, Bar No. 324413
    eturin@mcgpc.com
    MCGUIRE LAW, P.C.
    55 W. Wacker Dr., 9th Fl.
    Chicago, Illinois 60601
    Telephone: 312.893.7002, Ext. 3
    Facsimile: 312.275.7895

    Robert K. Shelquist, *pro hac vice*
    rkshelquist@locklaw.com
    Rebecca A. Peterson, Bar No. 241858
    rapeterson@locklaw.com
    LOCKRIDGE GRINDAL NAUEN P.L.L.P.
    100 Washington Avenue South, Suite 2200
    Minneapolis, Minnesota 55401
    Telephone: 612.339.6900
    Facsimile: 612.339.0981

    Christian Schreiber, Bar No. 245597
    christian@os-legal.com
    OLIVIER & SCHREIBER LLP
    475 14th Street, Suite 250
    Oakland, California 94612
    Telephone: 415.484.0980
    Facsimile: 415.658.7758

    *Attorneys for Plaintiff N.A.*

| | |
|---|---|
| Dated:  June 30, 2023 | **PERKINS COIE LLP**<br><br>By: *s/ Eric J. Weiss*<br>    Susan D. Fahringer, Bar No. 162978<br>    SFahringer@perkinscoie.com<br>    Nicola C. Menaldo, *pro hac vice*<br>    NMenaldo@perkinscoie.com<br>    Eric J. Weiss, *pro hac vice*<br>    EWeiss@perkinscoie.com<br>    Mallory Gitt Webster, *pro hac vice*<br>    MWebster@perkinscoie.com<br>    PERKINS COIE LLP<br>    1201 Third Avenue, Suite 4900<br>    Seattle, Washington 98101-3099<br>    Telephone: 206.359.8000<br>    Facsimile:  206.359.9000<br><br>    Kim Y. Ng, Bar No. 335222<br>    KNg@perkinscoie.com<br>    PERKINS COIE LLP<br>    3150 Porter Drive<br>    Palo Alto, California 94304-1212<br>    Telephone: 650.838.4300<br>    Facsimile: 650.838.4350<br><br>    *Attorneys for Defendant*<br>    *Nintendo of America Inc.* |

**ECF ATTESTATION**

Pursuant to L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

By: *s/ Eric J. Weiss*
Eric J. Weiss