**PERKINS COIE LLP**
Susan D. Fahringer, CA Bar No. 162978
SFahringer@perkinscoie.com
Eric J. Weiss, *pro hac vice*
EWeiss@perkinscoie.com
Nicola C. Menaldo, *pro hac vice*
NMenaldo@perkinscoie.com
Mallory Gitt Webster, *pro hac vice*
MWebster@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Kim Y. Ng, Bar No. 335222
KNg@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

*Attorneys for Defendant*
*Nintendo of America Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| N.A., by and through his Guardian BRUCE ALLS, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA INC.,<br><br>Defendant. | Case No. 4:23-cv-02424-DMR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO TEMPORARILY STAY DISCOVERY AND ADR DEADLINES AND MODIFY BRIEFING SCHEDULE<br><br>Date:     August 1, 2023<br>Judge:    Chief Magistrate Judge<br>              Donna M. Ryu |

-1-

Case No.: 4:23-cv-02424-DMR
[Proposed] Order Granting Stipulation to Temporarily Stay Discovery and
ADR Deadlines and Modify Briefing Schedule

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The following deadlines shall be continued as follows:

| EVENT | Dates set by the Court's Case Management Scheduling Order (ECF 11) or Civil L.R. 7-3(a) & (c) | PROPOSED DEADLINES |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | July 26, 2023 | 30 days after the resolution of Nintendo of America Inc.'s Motion to Compel or Transfer, including any appeals. |
| Last day to file ADR Certification signed by Parties and Counsel | July 26, 2023 | 30 days after the resolution of Nintendo of America Inc.'s Motion to Compel or Transfer, including any appeals. |
| Last day to file Rule 26(f) Report, complete Initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | August 9, 2023 | 14 days after the continued Rule 26(f) meet and confer deadline |
| Initial Case Management Conference | August 16, 2023 | 7 days following the parties' deadline for filing their Rule 26(f) Report |
| Deadline for N.A.'s Opposition to Nintendo of America Inc.'s Motion to Compel or Transfer | August 7, 2023 | August 21, 2023 |
| Deadline for Nintendo's Reply in Support of Nintendo of America Inc.'s Motion to Compel or Transfer | August 14, 2023 | September 11, 2023 |
| Hearing on Nintendo of America Inc.'s Motion to Compel or Transfer | September 14, 2023, at 1:00 p.m. | October 12, 2023, at 1:00 p.m. |

-2-

Case No.: 4:23-cv-02424-DMR
[Proposed] Order Granting Stipulation to Temporarily Stay Discovery and ADR Deadlines and Modify Briefing Schedule

1  DATED: __Aug. 3_____, 2023        By: _____ 
2                                              The Honorable Donna M. Ryu
                                                Chief Magistrate Judge
3

-3-
Case No.: 4:23-cv-02424-DMR
[Proposed] Order Granting Stipulation to Temporarily Stay Discovery and
ADR Deadlines and Modify Briefing Schedule